IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
 :
v. : 1:08CR149-1
 :
KEVIN GUNTHARP :

The Grand Jury charges:

From on or about February 28, 2005, to on or about June 12, 2007, in the County of Scotland, in the Middle District of North Carolina, KEVIN GUNTHARP knowingly did possess materials that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), said materials having been mailed, shipped and transported in interstate and foreign commerce, by any means, including by computer; in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

_____
FOREPERSON

_____
MICHAEL A. DeFRANCO
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY