UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:08-CR 149-1 |
| | : | |
| v. | : | NOTICE OF APPEAL |
| | : | |
| KEVIN GUNTHARP | : | |

Notice is hereby given that KEVIN GUNTHARP, Defendant in the above-named case, appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 28th day of May, 2010.

Respectfully submitted,

/s/ James R. Van Camp
Attorneys for the Defendant
Van Camp, Meacham & Newman, PLLC
P.O. Box 1389
Pinehurst, North Carolina 28374
T: 910-295-2525
F: 910-295-1520
North Carolina Bar No. 4467
patrickm@vancamplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2010, I filed with the Clerk's Office of the United States Court of Appeals for the Fourth Circuit the Required copies of this Notice of Appeal and further certify that I mailed this same date the required copies to opposing counsel at the following address:

Attn: Mike DeFranco, Assistant United States Attorney
     United States Attorney's Office
     101 S. Edgeworth Street
     Greensboro, North Carolina
     27401-6024

                      VAN CAMP, MEACHAM & NEWMAN PLLC
                      Attorneys for the Defendant

                      /s/ James R. Van Camp
                      James R. Van Camp
                      North Carolina Bar No.: 4467
                      2 Regional Circle
                      Pinehurst, North Carolina 28374
                      T: 910-295-2525
                      F: 910-295-1520